FILED



1  Matthew Butterick, SBN 250953

2  mb@butticklaw.com

3  Butterick Law Corporation

   5419 Hollywood Blvd. Ste. C731

4  Los Angeles CA 90027

5  323 544 1435

6  866 801 1147 fax

7  Attorney for Plaintiff

2010 FEB 12  AM 11: 31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

8

9  # THE UNITED STATES DISTRICT COURT

10 # FOR THE CENTRAL DISTRICT OF CALIFORNIA

11 # WESTERN DIVISION

12

13  SACV10-00170 AG MLGx

   Case no.

14

15  **Randall Glass,**

16       Plaintiff,

17    vs.

18  **American Entertainment Arts Corp.**, a California corporation, d/b/a Lightspeed Fine Art, and **Does** 1 through 10,

19

20

21

22       Defendants.

23

24

25

26

Complaint for Copyright Infringement, Violation of Lanham Act, Misappropriation of Likeness, and Unfair Competition

Demand for Jury Trial

Plaintiff alleges:

## JURISDICTION & VENUE

1.    The copyright claim and Lanham Act claim in this action arise under federal law. This Court has subject matter jurisdiction over these claims as federal questions. 28 U.S.C. § 1331.

2.    The state law claims in this action arise from the same controversy. This Court has subject matter jurisdiction over these claims as supplemental claims. 28 U.S.C. § 1367(a).

3.    Venue is proper in this district because the events giving rise to the claim occurred here. 28 U.S.C. § 1391(b)(2).

## PARTIES

4.    Plaintiff Randall Glass is a professional artist and illustrator.

5.    Defendant American Entertainment Arts Corp. is a California corporation that does business as Lightspeed Fine Art. Lightspeed has its principal place of business in Irvine, CA. According to its website, Lightspeed is a "distributor of Fine Art".

6.    Does 1–10 are sued under fictitious names because their true names and capacities are unknown. Mr. Glass will amend this complaint when he learns this information.

7.    Mr. Glass alleges on information and belief that each Doe is responsible in some way for the wrongful acts alleged below, that each Doe proximately caused Mr. Glass's damages, and that Lightspeed and the Does are responsible for each other's conduct because they have cooperated with each other in the wrongful acts.

8.    Lightspeed and Does are collectively called "Defendant".

# FACTS

9.     Mr. Glass is known for pen & ink portraits called *hedcuts*. Hedcuts are familiar to readers of the Wall Street Journal, which has used them for many years as editorial illustrations.

10.     Mr. Glass is one of a number of artists who have created hedcuts for the Journal. In particular, Mr. Glass drew dozens of hedcuts of Hollywood actors for the Journal's weekend film reviews.

11.     Mr. Glass's contract with the Journal provided that he would retain the copyright in his hedcuts.



*Mr. Glass's hedcut of actor Eddie Murphy*

12.     In Dec. 2001, Mr. Glass and Lightspeed's managing agent, Gary Hasson, agreed that Lightspeed would sell Mr. Glass's original hedcut artworks. Between Dec. 2001 and Dec. 2005, Lightspeed sold dozens of these artworks.

13.     Mr. Glass never licensed or transferred the copyright in any of the hedcuts to Lightspeed. He only authorized Lightspeed to sell the original hedcut artworks.

14.     In July 2009, Mr. Glass visited Lightspeed's offices. He noticed that Lightspeed was publicly displaying, and apparently offering for sale, unauthorized reproductions of six of Mr. Glass's hedcuts.

15.     **Exhibit A** is Mr. Glass's copyright certificate and deposit materials for these hedcuts. The reproductions displayed at Lightspeed were based on Mr. Glass's hedcuts for Colin Farrell (Ex. A, hedcut #14), Parry Shen (#16), Eddie Murphy (#19), Keisha Castle-Hughes (#23), Harrison Ford (#24), and Tobey Maguire (#29).

16.   The hedcut reproductions were framed alongside excerpts from the Wall Street Journal pages where they originally appeared. The reproductions each carried a mark that resembled Mr. Glass's signature.

17.   Mr. Glass, concerned that Lightspeed was passing off unauthorized reproductions of his hedcuts as original artworks — complete with forged signatures — had his lawyer send a letter to Mr. Hasson at Lightspeed, notifying him that the reproductions were unlawful.

18.   Mr. Hasson responded in a voicemail message that Mr. Glass "sold me these six originals years ago. The pieces that you're describing are all original pieces ... and not reproductions."

19.   In a subsequent email, Mr. Hasson added that "the artwork Mr. Glass was viewing carried a mark strongly resembling Mr. Glass's signature because they are HIS ORIGINAL SIGNATURES! And these are all original drawings purchased from him over 5 years ago".

20.   But that cannot be true.

21.   The original hedcut artwork of Keisha Castle-Hughes is still owned by Mr. Glass. It has no signature on it.

22.   The original hedcut artwork of Eddie Murphy is also still owned by Mr. Glass.

23.   The original hedcut artwork of actor Parry Shen is owned by Mr. Shen himself. Mr. Glass gave it to him as a gift.

24.   Mr. Glass did sell the original artwork for the Harrison Ford, Tobey Maguire, and Colin Farrell hedcuts to Lightspeed. However, Mr. Glass alleges on information and belief that the three versions of these hedcuts currently displayed at Lightspeed are unauthorized

reproductions, by inference from the fact that the other three on display (Keisha Castle-Hughes, Eddie Murphy and Parry Shen) are also unauthorized reproductions.

25.    Mr. Glass alleges on information and belief that Defendant made unauthorized reproductions of other hedcuts, and these reproductions had already been sold, or were not on display when Mr. Glass visited.

26.    Mr. Glass has been and will continue to be irreparably harmed by Defendant's actions.

FIRST CLAIM FOR
## COPYRIGHT INFRINGEMENT

27.    Paragraphs 1 through 26 are incorporated by reference here.

28.    Mr. Glass never authorized Defendant to make copies of his artworks, make derivative works, publicly display copies (or derivative works), or distribute copies (or derivative works). All those rights belong exclusively to Mr. Glass under copyright law.

29.    Defendant's reproductions violate these rights and therefore constitute willful copyright infringement. 17 U.S.C. § 501(a). Mr. Glass is entitled to actual damages, restitution of profits and other remedies provided by law.

SECOND CLAIM FOR
## VIOLATION OF THE LANHAM ACT

30.    Paragraphs 1 through 26 are incorporated by reference here.

31.    Defendant's unauthorized reproductions of Mr. Glass's

4

COMPLAINT

artwork and misuse of Mr. Glass's signature are false and misleading representations of fact.

32.     Defendant's misrepresentations are likely to confuse and deceive consumers by suggesting that Mr. Glass made or approved these reproductions. Defendant's misrepresentations also falsely depict the reproductions as original artworks.

33.     Defendant's misrepresentations violate the Lanham Act. 15 U.S.C. § 1125(a)(1). Mr. Glass is entitled to actual damages (trebled for the willful violation), restitution of profits, attorney's fees, and other remedies provided by law.

## THIRD CLAIM FOR
## MISAPPROPRIATION OF LIKENESS

34.     Paragraphs 1 through 26 are incorporated by reference here.

35.     Defendant knowingly used Mr. Glass's signature without his consent to solicit purchases of goods.

36.     Defendant has misappropriated Mr. Glass's likeness. Cal. Civ. Code § 3344(a). Mr. Glass is entitled to actual damages not less than $750, restitution of profits, punitive damages, attorney's fees, and other remedies provided by law.

## FOURTH CLAIM FOR
## UNFAIR COMPETITION

37.     Paragraphs 1 through 36 are incorporated by reference here.

38.     Defendant's conduct constitutes copyright infringement, violation of the Lanham Act, and misappropriation of likeness. These are

unlawful business acts within the meaning of Cal. Bus. & Prof. Code § 17200.

39.     Mr. Glass has suffered injury in fact and lost money as a result of Defendant's unlawful business acts.

40.     Mr. Glass is entitled to restitution of profits and other remedies provided by law.

## PRAYER FOR RELIEF

Mr. Glass demands judgment as follows —

On all claims:

    a.    An order requiring Lightspeed to give Mr. Glass a list of people who have bought unauthorized reproductions of Mr. Glass's artwork from Lightspeed;

    b.    An order requiring Lightspeed to deliver to Mr. Glass all unauthorized reproductions of Mr. Glass's artwork so that Mr. Glass can supervise their destruction;

    c.    An order requiring Lightspeed, within 30 days after entry of judgment, to file and serve a declaration explaining how Lightspeed has complied with the judgment;

    d.    An order permanently enjoining Lightspeed from selling any works of Mr. Glass.

On the first claim (copyright infringement):

    a.    Actual damages according to proof but not less than $100,000;

b.      Restitution of profits resulting from the infringement;

c.      Costs, interest, and any other relief that this Court may deem just and proper.

On the second claim (violation of the Lanham Act):

a.      Actual damages according to proof but not less than $100,000;

b.      Trebling of damages for willful violation of the law;

c.      Restitution of profits resulting from the violation;

d.      Reasonable attorney's fees;

e.      Costs, interest, and any other relief that this Court may deem just and proper.

On the third claim (misappropriation of likeness):

a.      Actual damages according to proof but not less than $100,000;

b.      Restitution of profits resulting from the misappropriation;

c.      Punitive damages;

d.      Reasonable attorney's fees;

e.      Costs, interest, and any other relief that this Court may deem just and proper.

On the fourth claim (unfair competition):

a.      Restitution of money and property acquired unlawfully;

b.      Costs, interest, and any other relief that this Court may deem just and proper.

COMPLAINT

1   February 12, 2010                          BUTTERICK LAW CORPORATION

2

3                                              By:_____

4                                              Matthew Butterick

5                                              Attorney for plaintiff Randall Glass

6

7

8

9                          DEMAND FOR JURY TRIAL

10               Mr. Glass demands a jury trial on all triable issues.

11

12   February 12, 2010                          BUTTERICK LAW CORPORATION

13

14                                              By:_____

15                                              Matthew Butterick

16                                              Attorney for plaintiff Randall Glass

17

18

19

20

21

22

23

24

25

26

COMPLAINT

EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

**VA 1–430–949**

EFFECTIVE DATE OF REGISTRATION

**JAN 21 2010**

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼          NATURE OF THIS WORK ▼ See Instructions

See Form GR/CP, attached

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼ 2003   On Pages ▼

**2**

NAME OF AUTHOR ▼

**a** Randall Glass (pka Randy Glass)

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1954

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of   USA
     Domiciled in ____

Was this Author's Contribution to the Work
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____
     Domiciled in ____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2003
This information must be given Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ____   Day ____   Year ____
Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Randall Glass   11025 Erwin Street, North Hollywood CA 91606
randy@randyglassstudio.com

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**JAN 21 2010**
ONE DEPOSIT RECEIVED
**JAN 21 2010**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED
**JAN 21 2010**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _iurB_

CHECKED BY

☐ CORRESPONDENCE
  Yes

**FORM VA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**5**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Photographs

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Pen & ink renderings based on photographs

**6**

a

See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Matthew Butterick, Butterick Law Corporation
5419 Hollywood Blvd, Ste. C731, Los Angeles CA 90027

**7**

a

b

Area code and daytime telephone number   (323 ) 544 1435          Fax number   ( 866 ) 801 1147

Email   mb@butericklaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   author Randall Glass
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Matthew Butterick                                          Date   January 16, 2010

Handwritten signature (X) ▼
X _Matthew Butterick_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Matthew Butterick / Butterick Law Corporation

Number/Street/Apt ▼
5419 Hollywood Blvd, Ste C731

City/State/ZIP ▼
Los Angeles CA 90027

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA—Full   Rev: 07/2008   Print: 07/2008—30,000   Printed on recycled paper          U.S. Government Printing Office: 2004-320-956/60,125

Glass v. American Entertainment Arts Corp. et al.

page 10
Exhibit A

**ADJUNCT APPLICATION**
*for Copyright Registration for a*
*Group of Contributions to Periodicals*

- Use this adjunct form only if you are making a single registration for a group of contributions to periodicals, and you are also filing a basic application on Form TX, Form PA, or Form VA. Follow the instructions, attached.
- Number each line in Part B consecutively. Use additional Forms GR/CP if you need more space.
- Submit this adjunct form with the basic application form. Clip (do not tape or staple) and fold all sheets together before submitting them.
- Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

Ⓒ **Form GR/CP**
UNITED STATES COPYRIGHT OFFICE

VA 1–430–949

EFFECTIVE DATE OF REGISTRATION

**JAN 2 1 2010**
Month        Day        Year

FORM GR/CP RECEIVED

**JAN 2 1 2010**
Page __3__ of __8__ pages

---

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

---

**A**
Identification
of
Application

**IDENTIFICATION OF BASIC APPLICATION:**
This application for copyright registration for a group of contributions to periodicals is submitted as an adjunct to an application filed on: (Check which)     ☐ Form TX     ☐ Form PA     ☑ Form VA

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all of the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.
Name of Author _Randall Glass (pka Randy Glass)_
Name of Copyright Claimant _Randall Glass_

**B**
Registration
for Group of
Contributions

**COPYRIGHT REGISTRATION FOR A GROUP OF CONTRIBUTIONS TO PERIODICALS:** To make a single registration for a group of works by the same individual author, all first within a 12-month period (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/CP.

**1**
Title of Contribution _Hedcut of Sam Rockwell, 1/3/2003_
Title of Periodical _The Wall Street Journal_     Vol.___ No.___ Issue Date _1/3/03_ Pages _W1_
Date of First Publication _January 3, 2003_     Nation of First Publication _USA_
(Month)    (Day)    (Year)        (Country)

**2**
Title of Contribution _Hedcut of Brittany Murphy, 1/10/2003_
Title of Periodical _The Wall Street Journal_     Vol.___ No.___ Issue Date _1/10/03_ Pages _W1_
Date of First Publication _January 10, 2003_     Nation of First Publication _USA_
(Month)    (Day)    (Year)        (Country)

**3**
Title of Contribution _Hedcut of Martin Lawrence, 1/17/2003_
Title of Periodical _The Wall Street Journal_     Vol.___ No.___ Issue Date _1/17/03_ Pages _W1_
Date of First Publication _January 17, 2003_     Nation of First Publication _USA_
(Month)    (Day)    (Year)        (Country)

**4**
Title of Contribution _Hedcut of Michael Caine, 1/24/2003_
Title of Periodical _The Wall Street Journal_     Vol.___ No.___ Issue Date _1/24/03_ Pages _W1_
Date of First Publication _January 24, 2003_     Nation of First Publication _USA_
(Month)    (Day)    (Year)        (Country)

**5**
Title of Contribution _Hedcut of Colin Farrell, 1/31/2003_
Title of Periodical _The Wall Street Journal_     Vol.___ No.___ Issue Date _1/31/03_ Pages _W1_
Date of First Publication _January 31, 2003_     Nation of First Publication _USA_
(Month)    (Day)    (Year)        (Country)

**6**
Title of Contribution _Hedcut of Jackie Chan, 2/7/2003_
Title of Periodical _The Wall Street Journal_     Vol.___ No.___ Issue Date _2/7/03_ Pages _W1_
Date of First Publication _February 7, 2003_     Nation of First Publication _USA_
(Month)    (Day)    (Year)        (Country)

**7**
Title of Contribution _Hedcut of Paul Schneider, 2/14/2003_
Title of Periodical _The Wall Street Journal_     Vol.___ No.___ Issue Date _2/14/03_ Pages _W1_
Date of First Publication _February 14, 2003_     Nation of First Publication _USA_
(Month)    (Day)    (Year)        (Country)

---

FORM GR/CP

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY.

**B**
Continued

| | | | |
|---|---|---|---|
| **8** | Title of Contribution Hedcut of Kevin Spacey, 2/21/2003 | | |
| | Title of Periodical The Wall Street Journal | Vol.____ No._____ Issue Date 2/21/03  Pages W1 | |
| | Date of First Publication February 21, 2003 | Nation of First Publication USA | |
| | (Month)   (Day)   (Year) | (Country) | |

| | | | |
|---|---|---|---|
| **9** | Title of Contribution Hedcut of Ralph Fiennes, 2/28/2003 | | |
| | Title of Periodical The Wall Street Journal | Vol.____ No._____ Issue Date 2/28/03  Pages W1 | |
| | Date of First Publication February 28, 2003 | Nation of First Publication USA | |
| | (Month)   (Day)   (Year) | (Country) | |

| | | | |
|---|---|---|---|
| **10** | Title of Contribution Hedcut of Bruce Willis, 3/7/2003 | | |
| | Title of Periodical The Wall Street Journal | Vol.____ No._____ Issue Date 3/7/03  Pages W1 | |
| | Date of First Publication March 7, 2003 | Nation of First Publication USA | |
| | (Month)   (Day)   (Year) | (Country) | |

| | | | |
|---|---|---|---|
| **11** | Title of Contribution Hedcut of Tommy Lee Jones, 3/14/2003 | | |
| | Title of Periodical The Wall Street Journal | Vol.____ No._____ Issue Date 3/14/03  Pages W1 | |
| | Date of First Publication March 14, 2003 | Nation of First Publication USA | |
| | (Month)   (Day)   (Year) | (Country) | |

| | | | |
|---|---|---|---|
| **12** | Title of Contribution Hedcut of Juliane Kohler, 3/21/2003 | | |
| | Title of Periodical The Wall Street Journal | Vol.____ No._____ Issue Date 3/21/03  Pages W1 | |
| | Date of First Publication March 21, 2003 | Nation of First Publication USA | |
| | (Month)   (Day)   (Year) | (Country) | |

| | | | |
|---|---|---|---|
| **13** | Title of Contribution Hedcut of Aaron Eckhart, 3/28/2003 | | |
| | Title of Periodical The Wall Street Journal | Vol.____ No._____ Issue Date 3/28/03  Pages W1 | |
| | Date of First Publication March 28, 2003 | Nation of First Publication USA | |
| | (Month)   (Day)   (Year) | (Country) | |

| | | | |
|---|---|---|---|
| **14** | Title of Contribution Hedcut of Colin Farrell, 4/4/2003 | | |
| | Title of Periodical The Wall Street Journal | Vol.____ No._____ Issue Date 4/4/03  Pages W1 | |
| | Date of First Publication April 4, 2003 | Nation of First Publication USA | |
| | (Month)   (Day)   (Year) | (Country) | |

| | | | |
|---|---|---|---|
| **15** | Title of Contribution Hedcut of Jack Nicholson, 4/11/2003 | | |
| | Title of Periodical The Wall Street Journal | Vol.____ No._____ Issue Date 4/11/03  Pages W1 | |
| | Date of First Publication April 11, 2003 | Nation of First Publication USA | |
| | (Month)   (Day)   (Year) | (Country) | |

| | | | |
|---|---|---|---|
| **16** | Title of Contribution Hedcut of Perry Shen, 4/18/2003 | | |
| | Title of Periodical The Wall Street Journal | Vol.____ No._____ Issue Date 4/18/03  Pages W1 | |
| | Date of First Publication April 18, 2003 | Nation of First Publication USA | |
| | (Month)   (Day)   (Year) | (Country) | |

| | | | |
|---|---|---|---|
| **17** | Title of Contribution Hedcut of Edward Burns, 4/25/2003 | | |
| | Title of Periodical The Wall Street Journal | Vol.____ No._____ Issue Date 4/25/03  Pages W1 | |
| | Date of First Publication April 25, 2003 | Nation of First Publication USA | |
| | (Month)   (Day)   (Year) | (Country) | |

| | | | |
|---|---|---|---|
| **18** | Title of Contribution Hedcut of Patrick Stewart, 5/2/2003 | | |
| | Title of Periodical The Wall Street Journal | Vol.____ No._____ Issue Date 5/2/03  Pages W1 | |
| | Date of First Publication May 2, 2003 | Nation of First Publication USA | |
| | (Month)   (Day)   (Year) | (Country) | |

| | | | |
|---|---|---|---|
| **19** | Title of Contribution Hedcut of Eddie Murphy, 5/9/2003 | | |
| | Title of Periodical The Wall Street Journal | Vol.____ No._____ Issue Date 5/9/03  Pages W1 | |
| | Date of First Publication May 9, 2003 | Nation of First Publication USA | |
| | (Month)   (Day)   (Year) | (Country) | |

Form GR/CP—Full   Rev.07/2008   Print 07/2008   Printed on recycled paper

U.S. Government Printing Office:2008-xxxx

**ADJUNCT APPLICATION**
*for Copyright Registration for a*
*Group of Contributions to Periodicals*

- Use this adjunct form only if you are making a single registration for a group of contributions to periodicals, and you are also filing a basic application on Form TX, Form PA, or Form VA. Follow the instructions, attached.
- Number each line in Part B consecutively. Use additional Forms GR/CP if you need more space.
- Submit this adjunct form with the basic application form. Clip (do not tape or staple) and fold all sheets together before submitting them.
- Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form GR/CP**
UNITED STATES COPYRIGHT OFFICE

**VA 1-430-949**

PA          VA
**EFFECTIVE DATE OF REGISTRATION**

**JAN 2 1 2010**
Month       Day       Year

**FORM GR/CP RECEIVED**

**JAN 2 1 2010**
Page  5  of  8  pages

DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY

---

**A**
Identification of Application

**IDENTIFICATION OF BASIC APPLICATION:**
This application for copyright registration for a group of contributions to periodicals is submitted as an adjunct to an application filed on: (Check which)

☐ Form TX        ☐ Form PA        ☑ Form VA

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all of the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author  Randall Glass (pka Randy Glass)

Name of Copyright Claimant  Randall Glass

---

**B**
Registration for Group of Contributions

**COPYRIGHT REGISTRATION FOR A GROUP OF CONTRIBUTIONS TO PERIODICALS:** To make a single registration for a group of works by the same individual author, all first published as contributions to periodicals within a 12-month period (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/CP.

**20**
Title of Contribution  Hedcut of Keanu Reeves, 6/16/2003
Title of Periodical  The Wall Street Journal
Date of First Publication  May 16, 2003  (Month)  (Day)  (Year)
Vol.___ No.____ Issue Date 6/16/03  Pages W1
Nation of First Publication  USA  (Country)

**21**
Title of Contribution  Hedcut of Jim Carrey, 6/23/2003
Title of Periodical  The Wall Street Journal
Date of First Publication  May 23, 2003  (Month)  (Day)  (Year)
Vol.___ No.____ Issue Date 6/23/03  Pages W1
Nation of First Publication  USA  (Country)

**22**
Title of Contribution  Hedcut of Dory, 6/30/2003
Title of Periodical  The Wall Street Journal
Date of First Publication  May 30, 2003  (Month)  (Day)  (Year)
Vol.___ No.____ Issue Date 6/30/03  Pages W1
Nation of First Publication  USA  (Country)

**23**
Title of Contribution  Hedcut of Keisha Castle-Hughes, 6/6/2003
Title of Periodical  The Wall Street Journal
Date of First Publication  June 6, 2003  (Month)  (Day)  (Year)
Vol.___ No.____ Issue Date 6/6/03  Pages W1
Nation of First Publication  USA  (Country)

**24**
Title of Contribution  Hedcut of Harrison Ford, 6/13/2003
Title of Periodical  The Wall Street Journal
Date of First Publication  June 13, 2003  (Month)  (Day)  (Year)
Vol.___ No.____ Issue Date 6/13/03  Pages W1
Nation of First Publication  USA  (Country)

**25**
Title of Contribution  Hedcut of Hulk, 6/20/2003
Title of Periodical  The Wall Street Journal
Date of First Publication  June 20, 2003  (Month)  (Day)  (Year)
Vol.___ No.____ Issue Date 6/20/03  Pages W1
Nation of First Publication  USA  (Country)

**26**
Title of Contribution  Hedcut of Cameron Diaz, 6/27/2003
Title of Periodical  The Wall Street Journal
Date of First Publication  June 27, 2003  (Month)  (Day)  (Year)
Vol.___ No.____ Issue Date 6/27/03  Pages W1
Nation of First Publication  USA  (Country)

---

Glass v. American Entertainment Arts Corp. et al.

FORM GR/CP

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY.

**B** Continued

**27** Title of Contribution Hedcut of Sean Connery, 7/11/2003
Title of Periodical The Wall Street Journal — Vol.___ No.___ Issue Date 7/11/03 Pages W1
Date of First Publication July 11, 2003 — Nation of First Publication USA
(Month) (Day) (Year) (Country)

**28** Title of Contribution Hedcut of Will Smith, 7/18/2003
Title of Periodical The Wall Street Journal — Vol.___ No.___ Issue Date 7/18/03 Pages W1
Date of First Publication July 18, 2003 — Nation of First Publication USA
(Month) (Day) (Year) (Country)

**29** Title of Contribution Hedcut of Tobey Maguire, 7/25/2003
Title of Periodical The Wall Street Journal — Vol.___ No.___ Issue Date 7/25/03 Pages W1
Date of First Publication July 25, 2003 — Nation of First Publication USA
(Month) (Day) (Year) (Country)

**30** Title of Contribution Hedcut of Campbell Scott, 8/1/2003
Title of Periodical The Wall Street Journal — Vol.___ No.___ Issue Date 8/1/03 Pages W1
Date of First Publication August 1, 2003 — Nation of First Publication USA
(Month) (Day) (Year) (Country)

**31** Title of Contribution Hedcut of Samuel L. Jackson, 8/8/2003
Title of Periodical The Wall Street Journal — Vol.___ No.___ Issue Date 8/8/03 Pages W1
Date of First Publication August 8, 2003 — Nation of First Publication USA
(Month) (Day) (Year) (Country)

**32** Title of Contribution Hedcut of Robert Duvall, 8/15/2003
Title of Periodical The Wall Street Journal — Vol.___ No.___ Issue Date 8/15/03 Pages W1
Date of First Publication August 15, 2003 — Nation of First Publication USA
(Month) (Day) (Year) (Country)

**33** Title of Contribution Hedcut of Evan Rachel Wood, 8/22/2003
Title of Periodical The Wall Street Journal — Vol.___ No.___ Issue Date 8/22/03 Pages W1
Date of First Publication August 22, 2003 — Nation of First Publication USA
(Month) (Day) (Year) (Country)

**34** Title of Contribution Hedcut of Jackie Chan, 8/29/2003
Title of Periodical The Wall Street Journal — Vol.___ No.___ Issue Date 8/29/03 Pages W1
Date of First Publication August 29, 2003 — Nation of First Publication USA
(Month) (Day) (Year) (Country)

**35** Title of Contribution Hedcut of David Spade, 9/5/2003
Title of Periodical The Wall Street Journal — Vol.___ No.___ Issue Date 9/5/03 Pages W1
Date of First Publication September 5, 2003 — Nation of First Publication USA
(Month) (Day) (Year) (Country)

**36** Title of Contribution Hedcut of Scarlett Johansson, 9/12/2003
Title of Periodical The Wall Street Journal — Vol.___ No.___ Issue Date 9/12/03 Pages W1
Date of First Publication September 12, 2003 — Nation of First Publication USA
(Month) (Day) (Year) (Country)

**37** Title of Contribution Hedcut of Christina Ricci, 9/19/2003
Title of Periodical The Wall Street Journal — Vol.___ No.___ Issue Date 9/19/03 Pages W1
Date of First Publication September 19, 2003 — Nation of First Publication USA
(Month) (Day) (Year) (Country)

**38** Title of Contribution Hedcut of The Rock, 9/26/2003
Title of Periodical The Wall Street Journal — Vol.___ No.___ Issue Date 9/26/03 Pages W1
Date of First Publication September 26, 2003 — Nation of First Publication USA
(Month) (Day) (Year) (Country)

Glass v. American Entertainment Arts Corp. et al.

page 14
Exhibit A

**ADJUNCT APPLICATION**
*for Copyright Registration for a*
*Group of Contributions to Periodicals*

- Use this adjunct form only if you are making a single registration for a group of contributions to periodicals, and you are also filing a basic application on Form TX, Form PA, or Form VA. Follow the instructions, attached.
- Number each line in Part B consecutively. Use additional Forms GR/CP if you need more space.
- Submit this adjunct form with the basic application form. Clip (do not tape or staple) and fold all sheets together before submitting them.
- Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form GR/CP**

UNITED STATES COPYRIGHT OFFICE

VA 1–430–949

TX      PA      (VA)
EFFECTIVE DATE OF REGISTRATION

**JAN 21 2010**
Month      Day      Year

FORM GR/CP RECEIVED

**JAN 21 2010**

Page __7__ of __8__ pages

---

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**A**
*Identification of Application*

**IDENTIFICATION OF BASIC APPLICATION:**
This application for copyright registration for a group of contributions to periodicals is submitted as an adjunct to an application filed on: (Check which)

☐ Form TX      ☐ Form PA      ☑ Form VA

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all of the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author _Randall Glass (pka Randy Glass)_

Name of Copyright Claimant _Randall Glass_

---

**B**
*Registration for Group of Contributions*

**COPYRIGHT REGISTRATION FOR A GROUP OF CONTRIBUTIONS TO PERIODICALS:** To make a single registration for a group of works by the same individual author, all first published as contributions to periodicals within a 12-month period (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/CP.

| | | |
|---|---|---|
| **39** | Title of Contribution _Hedcut of Jack Black, 10/3/2003_<br>Title of Periodical _The Wall Street Journal_<br>Date of First Publication _October 3, 2003_<br>(Month)    (Day)    (Year) | Vol.____ No.____ Issue Date _10/3/03_ Pages _W1_<br>Nation of First Publication _USA_<br>(Country) |
| **40** | Title of Contribution _Hedcut of George Clooney, 10/10/2003_<br>Title of Periodical _The Wall Street Journal_<br>Date of First Publication _October 10, 2003_<br>(Month)    (Day)    (Year) | Vol.____ No.____ Issue Date _10/10/03_ Pages _W1_<br>Nation of First Publication _USA_<br>(Country) |
| **41** | Title of Contribution _Hedcut of Gene Hackman, 10/17/2003_<br>Title of Periodical _The Wall Street Journal_<br>Date of First Publication _October 17, 2003_<br>(Month)    (Day)    (Year) | Vol.____ No.____ Issue Date _10/17/03_ Pages _W1_<br>Nation of First Publication _USA_<br>(Country) |
| **42** | Title of Contribution _Hedcut of Angelina Jolie, 10/24/2003_<br>Title of Periodical _The Wall Street Journal_<br>Date of First Publication _October 24, 2003_<br>(Month)    (Day)    (Year) | Vol.____ No.____ Issue Date _10/24/03_ Pages _W1_<br>Nation of First Publication _USA_<br>(Country) |
| **43** | Title of Contribution _Hedcut of Hayden Christensen, 10/31/2003_<br>Title of Periodical _The Wall Street Journal_<br>Date of First Publication _October 31, 2003_<br>(Month)    (Day)    (Year) | Vol.____ No.____ Issue Date _10/31/03_ Pages _W1_<br>Nation of First Publication _USA_<br>(Country) |
| **44** | Title of Contribution _Hedcut of Hugo Weaving, 11/7/2003_<br>Title of Periodical _The Wall Street Journal_<br>Date of First Publication _November 7, 2003_<br>(Month)    (Day)    (Year) | Vol.____ No.____ Issue Date _11/7/03_ Pages _W1_<br>Nation of First Publication _USA_<br>(Country) |
| **45** | Title of Contribution _Hedcut of Russell Crowe, 11/14/2003_<br>Title of Periodical _The Wall Street Journal_<br>Date of First Publication _November 14, 2003_<br>(Month)    (Day)    (Year) | Vol.____ No.____ Issue Date _11/14/03_ Pages _W1_<br>Nation of First Publication _USA_<br>(Country) |

---

page 15
Exhibit A

FORM GR/CP

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY.

**46**
Title of Contribution  Hadcut of Sean Penn, 11/21/2003
Title of Periodical  The Wall Street Journal          Vol.___ No.___ Issue Date _11/21/03_ Pages _W1_
Date of First Publication  November 21, 2003          Nation of First Publication  USA
                          (Month)      (Day)      (Year)                                    (Country)

**B**
Continued

**47**
Title of Contribution  Hadcut of Paddy Considine, 11/28/2003
Title of Periodical  The Wall Street Journal          Vol.___ No.___ Issue Date _11/28/03_ Pages _W1_
Date of First Publication  November 28, 2003          Nation of First Publication  USA
                          (Month)      (Day)      (Year)                                    (Country)

**48**
Title of Contribution  Hadcut of Tom Cruise, 12/5/2003
Title of Periodical  The Wall Street Journal          Vol.___ No.___ Issue Date _12/5/03_ Pages _W1_
Date of First Publication  December 5, 2003           Nation of First Publication  USA
                          (Month)      (Day)      (Year)                                    (Country)

**49**
Title of Contribution  Hadcut of Diane Keaton, 12/12/2003
Title of Periodical  The Wall Street Journal          Vol.___ No.___ Issue Date _12/12/03_ Pages _W1_
Date of First Publication  December 12, 2003          Nation of First Publication  USA
                          (Month)      (Day)      (Year)                                    (Country)

**50**
Title of Contribution  Hadcut of Peter Jackson, 12/19/2003
Title of Periodical  The Wall Street Journal          Vol.___ No.___ Issue Date _12/19/03_ Pages _W1_
Date of First Publication  December 19, 2003          Nation of First Publication  USA
                          (Month)      (Day)      (Year)                                    (Country)

**51**
Title of Contribution  Hadcut of Nicole Kidman, 12/26/2003
Title of Periodical  The Wall Street Journal          Vol.___ No.___ Issue Date _12/26/03_ Pages _W1_
Date of First Publication  December 26, 2003          Nation of First Publication  USA
                          (Month)      (Day)      (Year)                                    (Country)

**☐**
Title of Contribution _____
Title of Periodical _____          Vol.___ No.___ Issue Date _____ Pages _____
Date of First Publication _____          Nation of First Publication _____
                          (Month)      (Day)      (Year)                                    (Country)

**☐**
Title of Contribution _____
Title of Periodical _____          Vol.___ No.___ Issue Date _____ Pages _____
Date of First Publication _____          Nation of First Publication _____
                          (Month)      (Day)      (Year)                                    (Country)

**☐**
Title of Contribution _____
Title of Periodical _____          Vol.___ No.___ Issue Date _____ Pages _____
Date of First Publication _____          Nation of First Publication _____
                          (Month)      (Day)      (Year)                                    (Country)

**☐**
Title of Contribution _____
Title of Periodical _____          Vol.___ No.___ Issue Date _____ Pages _____
Date of First Publication _____          Nation of First Publication _____
                          (Month)      (Day)      (Year)                                    (Country)

**☐**
Title of Contribution _____
Title of Periodical _____          Vol.___ No.___ Issue Date _____ Pages _____
Date of First Publication _____          Nation of First Publication _____
                          (Month)      (Day)      (Year)                                    (Country)

**☐**
Title of Contribution _____
Title of Periodical _____          Vol.___ No.___ Issue Date _____ Pages _____
Date of First Publication _____          Nation of First Publication _____
                          (Month)      (Day)      (Year)                                    (Country)

Glass v. American Entertainment Arts Corp. et al.

Randall Glass (pka Randy Glass)
Form GR/CP deposit images #1–51

1 / 9







1.  "Hedcut of Sam
    Rockwell, 1/3/2003"

2.  "Hedcut of Brittany
    Murphy, 1/10/2003"

3.  "Hedcut of Martin
    Lawrence, 1/17/2003"







4.  "Hedcut of Michael
    Caine, 1/24/2003"

5.  "Hedcut of Colin Farrell,
    1/31/2003"

6.  "Hedcut of Jackie Chan,
    2/7/2003"

Randall Glass (pka Randy Glass)
Form GR/CP deposit images #1–51

2 / 9







7. "Hedcut of Paul Schneider, 2/14/2003"

8. "Hedcut of Kevin Spacey, 2/21/2003"

9. "Hedcut of Ralph Fiennes, 2/28/2003"







10. "Hedcut of Bruce Willis, 3/7/2003"

11. "Hedcut of Tommy Lee Jones, 3/14/2003"

12. "Hedcut of Juliane Kohler, 3/21/2003"

Randall Glass (pka Randy Glass)
Form GR/CP deposit images #1–51

3 / 9







13. "Hedcut of Aaron
Eckhart, 3/28/2003"

14. "Hedcut of Colin Farrell,
4/4/2003"

15. "Hedcut of Jack
Nicholson, 4/11/2003"







16. "Hedcut of Parry Shen,
4/18/2003"

17. "Hedcut of Edward
Burns, 4/25/2003"

18. "Hedcut of Patrick
Stewart, 5/2/2003"

Glass v. American Entertainment Arts Corp. et al.

Randall Glass (pka Randy Glass)
Form GR/CP deposit images #1–51

4 / 9







19. "Hedcut of Eddie
Murphy, 5/9/2003"

20. "Hedcut of Keanu
Reeves, 5/16/2003"

21. "Hedcut of Jim Carrey,
5/23/2003"







22. "Hedcut of Dory,
5/30/2003"

23. "Hedcut of Keisha Castle-
Hughes, 6/6/2003"

24. "Hedcut of Harrison
Ford, 6/13/2003"

Randall Glass (pka Randy Glass)
Form GR/CP deposit images #1–51

*5 / 9*







25. "Hedcut of Hulk,
6/20/2003"

26. "Hedcut of Cameron
Diaz, 6/27/2003"

27. "Hedcut of Sean Connery,
7/11/2003"







28. "Hedcut of Will Smith,
7/18/2003"

29. "Hedcut of Tobey
Maguire, 7/25/2003"

30. "Hedcut of Campbell
Scott, 8/1/2003"

Randall Glass (pka Randy Glass)
Form GR/CP deposit images #1–51

6 / 9







31. "Hedcut of Samuel L.
Jackson, 8/8/2003"

32. "Hedcut of Robert
Duvall, 8/15/2003"

33. "Hedcut of Evan Rachel
Wood, 8/22/2003"







34. "Hedcut of Jackie Chan,
8/29/2003"

35. "Hedcut of David Spade,
9/5/2003"

36. "Hedcut of Scarlett
Johansson, 9/12/2003"

Randall Glass (pka Randy Glass)
Form GR/CP deposit images #1–51

7 / 9



37. "Hedcut of Christina
Ricci, 9/19/2003"



38. "Hedcut of The Rock,
9/26/2003"



39. "Hedcut of Jack Black,
10/3/2003"



40. "Hedcut of George
Clooney, 10/10/2003"



41. "Hedcut of Gene
Hackman, 10/17/2003"



42. "Hedcut of Angelina
Jolie, 10/24/2003"

Randall Glass (pka Randy Glass)
Form GR/CP deposit images #1–51

8 / 9







43. "Hedcut of Hayden
Christensen, 10/31/2003"

44. "Hedcut of Hugo
Weaving, 11/7/2003"

45. "Hedcut of Russell
Crowe, 11/14/2003"







46. "Hedcut of Sean Penn,
11/21/2003"

47. "Hedcut of Paddy
Considine, 11/28/2003"

48. "Hedcut of Tom Cruise,
12/5/2003"

Glass v. American Entertainment Arts Corp. et al.

page 24
Exhibit A

Randall Glass (pka Randy Glass)
Form GR/CP deposit images #1–51





49. "Hedcut of Diane Keaton,
12/12/2003"

50. "Hedcut of Peter Jackson,
12/19/2003"

51. "Hedcut of Nicole
Kidman, 12/26/2003"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

## SACV10- 170 AG (MLGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [X] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Matthew Butterick, SBN 250953
mb@buttericklaw.com
Butterick Law Corporation
5419 Hollywood Blvd. Ste. C731
Los Angeles CA 90027
323 544 1435; fax 866 801 1147

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Randall Glass | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | **SACV10-00170** AG MLGx |
| v. | |
| American Entertainment Arts Corp., a California corporation, d/b/a Lightspeed Fine Art, and Does 1 through 10 | **SUMMONS** |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): American Entertainment Arts Corp.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, Matthew Butterick _____, whose address is 5419 Hollywood Blvd. Ste. C731, Los Angeles CA 90027 _____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: February 12, 2010 _____    By: _____
                                        **CHRISTOPHER POWERS**
                                        Deputy Clerk    **SEAL**

                                        *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Randall Glass

**DEFENDANTS**
American Entertainment Arts Corp., a California corporation, d/b/a Lightspeed Fine Art, and Does 1 through 10

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Matthew Butterick, SBN 250953   mb@butericklaw.com
Butterick Law Corporation, 5419 Hollywood Blvd. Ste. C731 LA CA 90027
323 544 1435; fax 866 801 1147

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)
☒1 Original Proceeding ☐2 Removed from State Court ☐3 Remanded from Appellate Court ☐4 Reinstated or Reopened ☐5 Transferred from another district (specify): ☐6 Multi-District Litigation ☐7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ MONEY DEMANDED IN COMPLAINT: $ 100,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright infringement (17 U.S.C. § 501(a)), Lanham Act (15 U.S.C. § 1125(a)), related state-law claims for misappropriation of likeness and unfair competition

**VII. NATURE OF SUIT** (Place an X in one box only.)

(nature of suit checklist — none checked except ☒ 820 Copyrights)

**FOR OFFICE USE ONLY:** Case Number: SACV10-00170

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Randall Glass: Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| American Entertainment Arts Corp.: Orange County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Claims 1 through 4: Orange County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date February 12, 2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |